

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess  Logoff WALDECK7570 |

**2011-CC01214 - MARYANN BRENNAN V COMPASS HEALTH INC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending  ○ Ascending     Display Options: All Entries

---

**01/07/2021**  ☐ **Agent Served**
Document ID - 20-SMCC-2323; Served To - COMPASS HEALTH, INC.; Server - ST LOUIS COUNTY SHERIFF; Served Date - 04-JAN-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED CT CORP INTAKE SPECIALIST.

☐ **Notice of Service**
SUMMONS RETURNED SERVED UPON CT CORP INTAKE SPECIALIST FOR COMPASS HEALTH INC; Electronic Filing Certificate of Service.

**12/31/2020**  ☐ **Judge Assigned**
JUDGE REBECA NAVARRO-MCKELVEY IS ASSIGNED TO THIS CASE AS THE DIVISION ONE JUDGE PER THE ORDER OF JUDGE ASSIGNMENTS AND INDIVIDUALIZED DOCKET PLAN

**12/23/2020**  ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-2323, for COMPASS HEALTH, INC.. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. AMS

**12/22/2020**  ☐ **Filing Info Sheet eFiling**
    Filed By: JOHN CLAYTON SCHAEFFER

☐ **Pet Filed in Circuit Ct**
Petition for Damages; Exhibit 1; Exhibit 2.
    On Behalf Of: MARYANN BRENNAN

☐ **Judge Assigned**

---


EXHIBIT B



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>TED HOUSE | Case Number: 2011-CC01214 |
| Plaintiff/Petitioner:<br>MARYANN BRENNAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOHN CLAYTON SCHAEFFER<br>12166 OLD BIG BEND ROAD<br>SUITE 99<br>KIRKWOOD, MO  63122 |
| Defendant/Respondent:<br>COMPASS HEALTH, INC. | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: COMPASS HEALTH, INC.
Alias:

REG AGENT:
CT CORPORATION SYSTEM
120 S. CENTRAL AVENUE
CLAYTON, MO 63105

COURT SEAL OF
ST. CHARLES COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

\_\_\_\_\_12/23/2020\_\_\_\_           _____/S/ Cheryl Crowder\_\_\_\_
         Date                                           Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
    Printed Name of Sheriff or Server                     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____       _____
                                       Date                            Notary Public

**Sheriff's Fees, if applicable**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (\_\_\_\_\_ miles @ $.\_\_\_\_\_ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*Electronically Filed - St Charles Circuit Div - January 07, 2021 - 12:07 PM*

ReTuRN
SR
1/22/21

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>TED HOUSE | Case Number: 2011-CC01214 |
|---|---|
| Plaintiff/Petitioner:<br>MARYANN BRENNAN | Plaintiff's/Petitioner's Attorney/Address<br>JOHN CLAYTON SCHAEFFER<br>12166 OLD BIG BEND ROAD<br>SUITE 99<br>KIRKWOOD, MO 63122 |
| vs. | |
| Defendant/Respondent:<br>COMPASS HEALTH, INC. | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

6744

## Summons in Civil Case

The State of Missouri to: COMPASS HEALTH, INC.
Alias:
30 CTCOR w

REG AGENT:
CT CORPORATION SYSTEM
120 S. CENTRAL AVENUE
CLAYTON, MO 63105

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

COURT SEAL OF
ST. CHARLES COUNTY

_____12/23/2020_____   _____/S/ Cheryl Crowder_____
         Date                                   Clerk

DEC 2 8 2020

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) INTAKE SPECIALIST (title).
☐ other: _____

Served at   CT CORPORATION
           St. Louis County   _____ (address)
in _____ (County/City of St. Louis), MO, on JAN 0 4 2021 (date) at 9 A.M. (time).

_____Tom Dean_____   _____[signature]_____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                              Date              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $  10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

20-SMCC-11496

OSCA (06-13) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-2323   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo