UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARYANN BRENNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21CV82 HEA |
| ) | |
| COMPASS HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF REMAND**

This matter was removed to this Court on the basis of federal question jurisdiction, as Plaintiff's state court petition includes Counts III and IV alleging unlawful employment practices in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq. and §§ 12203 et seq, respectively. On February 5, 2021, Plaintiff filed a Notice of Dismissal of Counts III and IV and Motion to Remand, [Doc. No. 10]. On February 17, 2021, the Court dismissed Counts III and IV. That same day, Defendant filed a Memorandum in Support of Plaintiff's Motion to Remand, [Doc. No. 12], stating that Defendant has no objections to remand of this case to the Circuit Court of St. Charles County, Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand, [Doc. No. 10], is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this case is **REMANDED** to the Circuit Court of St. Charles County, Missouri.

Dated this 18th day of February, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE